**Order filed August 20, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00383-CV

———————

### GEOFFREY A GROFF M.D., Appellant

### V.

### BANK OF AMERICA NA, Appellee

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1097239**

---

## O R D E R

Appellant's brief was due August 9, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 9, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM